UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                        Case No. 09-cr-149-01 SM

Paul St. Peter

## O R D E R

Defendant's motion to continue the trial for sixty days (document no. 9) is granted. Trial has been rescheduled for the January trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than October 26, 2009.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

| | |
|---|---|
| Final Pretrial Conference: | January 13, 2010 at 3:00 PM |
| Jury Selection: | January 20, 2010 at 9:30 AM |

SO ORDERED.

October 15, 2009

_____
Steven J. McAuliffe
Chief Judge

cc: Counsel of Record
    U. S. Probation
    U. S. Marshal