UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                   Case No. 09-cr-149-01 SM

<u>Paul St. Peter</u>

<u>O R D E R</u>

Defendant's motion to continue the trial (document no. 12) is granted. Trial has been rescheduled for the March trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than January 22, 2010.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:	March 2, 2010 at 2:00 PM

Jury Selection:	March 16, 2010 at 9:30 AM

SO ORDERED.

January 13, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal