UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

      v.                                      Case No. 09-cr-149-01 SM

<u>Paul St. Peter</u>


<u>O R D E R</u>


Defendant's motion to continue the trial (document no. 16) is granted. Trial has been rescheduled for the April trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than March 12, 2010.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Change of Plea or Final Pretrial Conference:         April 7, 2010 at 2:00 PM

Jury Selection:         April 20, 2010 at 9:30 AM

SO ORDERED.

March 3, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal